# For information ONLY:

Case #: __3:08CV-535-MO__

Date filed: __4/29/2009__

# Document(s) filed, but NOT SCANNED:

10 Depositions - Too Voluminous To Scan. (In Chambers)